■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAZARO DACHILLE, Appellant.— Motion by appellant for enlargement of time to perfect the appeal, granted; appellant's time is enlarged to the April Term, commencing March 27, 1961; appeal ordered on the calendar for said term. Motion in all other respects denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLICI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Henry V. Scardapane, Esq., 66 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MORRISON, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Philip J. Levine, Esq., 30 Bay Street, Staten Island 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR WALKER, Appellant.— Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals, dismissed without prejudice to an application as prescribed by statute (Code Crim. Pro., § 520, subd. 1). Beldock, Acting P. J., Ughetta, Kleinfeld, ·Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID WILLIAMS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Zapata & Halbert, Esqs., 150 East 23rd Street, New York, New York, are assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE V. CUDMORE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK McMANUS, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— [In each action] Motion by appellant to dispense with printing and for assignment of counsel. Motion denied. We have examined the record and find that there is no merit in the appellant's contentions. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.